## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

CHRIS LUTTRELL AND
DAWN DAVIDE LUTTRELL,

      **Plaintiffs,**

vs.                         No.  1:16-cv-00759

AMERICAN NATIONAL PROPERTY AND
CASUALTY COMPANY,

      **Defendant.**

### RULE 41 NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41, Plaintiffs through counsel below hereby serve notice that the Complaint is dismissed without prejudice.

                                                 Respectfully submitted,

                                                 **Mescall Law Firm, P.C.**

By:     /s/ Phillip Baca
                  **Phillip Baca**
                  **Thomas J. Mescall, II**
                  5201 Constitution Avenue NE
                  Albuquerque, New Mexico 87110
                  505.765.5548
                  phillip@mescalllaw.com
                  *Attorney for Plaintiffs*

I hereby certify that on the 1st day of July 2016,
I filed the foregoing electronically through the
CM/ECF system, which caused the following
counsel to be served by electronic
means, as more fully reflected on the Notice
of Electronic filing:

J. Andrew deGraauw
William W. Wirkus
Doughty, Alcaraz & deGraauw
20 First Plaza NW, Ste 412
Albuquerque, New Mexico 87102
*Attorney for Defendant ANPAC*
*Attorneys for Defendant*

By: /s/ Phillip Baca
**Phillip Baca**
*Attorney for Plaintiffs*