IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRIS LUTTRELL AND
DAWN DAVIDE LUTTRELL,

      **Plaintiffs,**

vs.                                No.   1:16-cv-00759

AMERICAN NATIONAL PROPERTY AND
CASUALTY COMPANY,

      **Defendant.**

## ENTRY OF APPEARANCE

The Mescall Law Firm, P.C., (Phillip Baca) enters its appearance on behalf of the Plaintiffs.

                Respectfully submitted,

                **Mescall Law Firm, P.C.**

By:    /s/ Phillip Baca
            **Phillip Baca**
            **Thomas J. Mescall, II**
            5201 Constitution Avenue NE
            Albuquerque, New Mexico 87110
            505.765.5548
            phillip@mescalllaw.com
            *Attorney for Plaintiffs*

I hereby certify that on the 1st day of July 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

J. Andrew deGraauw
William W. Wirkus
Doughty, Alcaraz & deGraauw
20 First Plaza NW, Ste 412
Albuquerque, New Mexico 87102
*Attorney for Defendant ANPAC*
*Attorneys for Defendant*

By: /s/ Phillip Baca
**Phillip Baca**
*Attorney for Plaintiffs*

2